# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.                                       Case Number 1:20CR00126-001

**MATTHEW DIMITRI RICHARDSON,**

Defendant.

## JUDGMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offense(s) Committed On or After November 1, 1987)

The defendant, MATTHEW DIMITRI RICHARDSON, was represented by Brooke Sealy Rupert, A.F.P.D.

Finding that the defendant in the above styled cause, who was sentenced on November 16, 2021 and sentenced to a term of TIME SERVED, followed by THREE (3) YEARS of supervised release, has violated the terms of supervision, it is hereby

ORDERED and ADJUDGED that the term of supervised release imposed on November 16, 2021 be and is revoked and terminated; and it is further

ORDERED and ADJUDGED that the defendant be and is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED. No further supervision is imposed; and it is further

ORDERED that the defendant be released into the custody of Senior United States Probation Officer Daniel D. Gillespie, Jr.

Signed this 21st day of September 2022.

/s/
Leonie M. Brinkema
United States District Judge